United States District Court
Southern District of Texas
**ENTERED**
February 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01172 |
| | § | |
| C.R. ENGLAND, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on January 11, 2022 (Doc. #22).  The deadline for filing objections has passed, and no objections have been filed.  Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).  Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

It is so ORDERED.

FEB 0 8 2022

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge