United States District Court
Southern District of Texas
**ENTERED**
March 24, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHANNON ELLIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01172 |
| | § | |
| C.R. ENGLAND, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Defendant C.R. England, Inc.'s Motion to Transfer Venue. The Court finds that transfer is appropriate under 28 U.S.C. § 1404(a), according to an enforceable forum selection clause. Therefore, the motion should be and is GRANTED. The Clerk of the Court is directed to electronically transfer this case to the District of Utah.

March 23, 2022
Date

_____
The Honorable Alfred H. Bennett
United States District Judge